JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SHELTON, JR., | No. CV 11-9420 MMM (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed with prejudice.

DATED: October 31, 2013

_Margaret M. Morrow_
MARGARET M. MORROW
United States District Judge